NUMBER 13-02-00333-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________


IN RE: HISPANIC TELEVISION NETWORK, INC.

_____________________________________________________________


On Petition for Writ of Mandamus.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam


 This petition for writ of mandamus was abated by this Court on August 8, 2002, due
to the bankruptcy of one of the parties to this appeal. See 11 U.S.C. § 362; see generally
Tex. R. App. P. 8. Since the abatement there has been no activity in this proceeding. On
January 15, 2009, the Court ordered the parties to file a status advisory and, if applicable,
a motion to reinstate or a motion to dismiss. The order notified the parties that failure to
respond to the order would result in reinstatement and dismissal for want of prosecution. 


 The parties have failed to respond. Accordingly, we reinstate the original
mandamus proceeding and dismiss the petition for writ of mandamus for want of
prosecution. See Tex. R. App. P. 42.3(b).


 PER CURIAM


Memorandum Opinion delivered and filed 

this the 12th day of March, 2009.